IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEATHERMAN TOOL GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> JIANGSU YABANG OUTDOOR PRODUCTS CO., LTD., et al., <br><br> Defendants. | Case No. 25-cv-00063 <br><br> **Judge John J. Tharp, Jr.** <br><br> **Magistrate Judge Keri L. Holleb Hotaling** |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AS TO ALL REMAINING DEFENDANTS

Plaintiff Leatherman Tool Group, Inc. ("Plaintiff" or "Leatherman"), moves this Honorable Court to enter Default and Default Judgment against all Defendants remaining in this case[1]. In support of this Motion, Plaintiff submits the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as Exhibit 1

Dated this 20th day of February 2025.　　　Respectfully submitted,

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Y. Jeffrey Tsai
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
jtsai@gbc.law

*Counsel for Plaintiff Leatherman Tool Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of February 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Y. Jeffrey Tsai
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
jtsai@gbc.law

*Counsel for Plaintiff Leatherman Tool Group, Inc.*