# Exhibit A

| Store Name/Seller Alias | E-mail Address(es) |
|---|---|
| Jiangsu Yabang Outdoor Products Co., Ltd. | daisy@yabangg.com |
| Shenzhen Qindao Network Technology Co., Ltd. | qdwldafu@outlook.com;szqdwl1688@126.com |
| Shijiazhuang Gaiying Technology Co., Ltd. | gaiying.bodyhealthcare@outlook.com |
| A16YFYFJNDT03C | jingzhimei2024@163.com |
| meijiadianshang | xinzh924177@163.com |
| zhengzhouangyushangmaoyouxiangongsi | 13161881887@163.com |
| badianbadianzi | 374903926@qq.com |
| chenhaimingxiaodian | chenhaiming333@outlook.com |
| Building 9 | 13594097905@163.com |
| Bo6755 | hurhh24266@163.com |
| minrui0shop | 1424784996@qq.com |
| yiganqingdianzishangwu | 18895312675@163.com |
| xinyexianxingaishangmaoyouxiangongsi | zhukao8014@163.com |
| chixiangyidianshangyouxiangongsi | 18153575176@163.com |
| tianzhenanyiningshangmaoyouxiangongsi | 17601249410@163.com |
| GMBstore | hao_1268@163.com |
| shuangjiadianzishangwu | chenyibin252@outlook.com |
| OHZOIRIC | ohzoamazon@163.com |
| Zong&Bear store US | xieyunming007@163.com |
| wangwangxixi | w13155607736@outlook.com |
| nankai1012 | nankai1012@163.com |
| BINLUSH | 19538319983@163.com |
| Tongxiangtrade | liuyuhaoshangmao@outlook.com |
| JiShEnG | 3259917813@qq.com |
| wumingdadaos | 244237904@qq.com |
| JingXianMao | 3983540836@qq.com |
| wuhuxiefeiliandianzishangwu | 15155392793@163.com |
| A2QAAEIN5L9SPX | haofutong123@163.com |
| yunhaizhaoshangmao | 15155397762@163.com |
| ZHIYIYI | zhiyiyi2024@163.com |
| feirendianzishangwu | 18895318650@163.com |
| HuaiBaoMh | 465503838@qq.com |
| HeYaA | mmzj720@qq.com |
| pamierdianzishangwu | 15155391767@163.com |
| wuhuximalayadianzishangwuyouxiangongsi | 17730336902@163.com |
| TaoMeNg | taomeng2024@qq.com |
| anubisi shop | 15350386752@163.com |
| ZunBaA | 1490607707@qq.com |
| JINYUNJIUZHUANG | 2790330180@qq.com |
| dongdashandianzishangwu | 15155393193@163.com |
| IndusPro Mart | huangyoujun001@gmail.com |

| | |
|---|---|
| chuanssm | chuanshishangmao@126.com |
| zdl520 | cunrenyempa92@163.com |
| Xiaoyu USA branch | 18860214366@163.com |
| XUJINJIN | 15321367058@163.com |
| A76FGEAFAIH1K | 13009009011@163.com |
| KaiLAImei | zhongrjymx@163.com |
| Bianbian USA xiaodian | 19283698156@163.com |
| TingHua | 1302860145@qq.com |
| CuiTby | 3281089973@qq.com |
| Myulei&Xhuijie | 15197530405@163.com |
| zhanghaiyanWQ | xinyufei050@163.com |
| happylife9139 | 13530069139@163.com |
| optilink shop | optilink888@163.com |
| oushuo | 2076838034@qq.com |
| Kangqunbaozhuang | q8l06cdpjb6@outlook.com |
| Rzmy direct | rzmy20191024@gmail.com |
| SJWsp | lijiawhb@126.com |
| Yilongtongdashangwultdshopx | eufjpj84ma041@163.com |
| ONCES-US | rongzhan90318@126.com |
| | njzy@zhhlawfirm.com |
| | pengkelaw@yeah.net |
| | 0026089@fudan.edu.cn |
| | jeffrey.liu@usatro.com |
| | jmlawchina@gmail.com |