DUPLICATE ENTRY REMOVED